■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL ASH, Appellant. [894 NYS2d 911]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered January 30, 2007, convicting him of rape in the first degree and burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that the admission of People's exhibit Nos. 6 and 7 deprived him of a fair trial (*see* CPL 470.05 [2]). In any event, insofar as both exhibits summarized information from various DNA reports, they were properly admitted under the voluminous writing exception to the best evidence rule (*see Ed Guth Realty v Gingold*, 34 NY2d 440 [1974]; *Sager Spuck Statewide Supply Co. v Meyer*, 298 AD2d 794 [2002]; *People v Potter*, 255 AD2d 763 [1998]; *People v Weinberg*, 183 AD2d 932 [1992]). Furthermore, we note that before trial, the defendant was provided with copies of all the DNA reports (*see Ed Guth Realty v Gingold*, 34 NY2d 440 [1974]; *Sager Spuck Statewide Supply Co. v Meyer*, 298 AD2d 794 [2002]; *People v Potter*, 255 AD2d 763 [1998]; *People v Weinberg*, 183 AD2d 932 [1992]). Prudenti, P.J., Dillon, Eng and Roman, JJ., concur.